# SCHWARTZ & PONTERIO, PLLC

ATTORNEYS AT LAW
134 West 29th Street - Suite 1001
New York, New York 10001-5304
Tel. No.: (212) 714-1200
Fax No.: (212) 714-1264
E-Mail: mschwartz@splaw.us

April 12, 2023

**BY ECF FILING**

Hon. J. Paul Oetken
United States District Court
40 Foley Square
New York, New York 10007

Re: ETS MIR LLC v. Petroci Holding Cote D' Ivoire
Case No.: 1:22-cv-10228-JPO

Dear Judge Oetken:

We represent defendant Petroci Holding Cote D' Ivoire in the above matter. On March 15, 2023, Petroci moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). On March 29, 2023, plaintiff filed an Amended Complaint in response to our motion to dismiss. We are writing to advise, pursuant to Your Honor's Individual Rules and Practices, that Petroci will rely on its initially filed motion to dismiss.

Thank you.

Very truly yours,

Matthew F. Schwartz

MS:ms

cc:     Steven M. Richman Esq. (By ECF Filing)