COUR DE DISTRICT DES ÉTATS-UNIS
DISTRICT SUD DE NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETS MIR LLC, une société à responsabilité limitée du Dakota du Sud  :
société, alias Etablissement MIR, :
: 
                Plaignant, : Affaire n° 1:22-cv-10228 (JPO)
:
    -contre- : **DÉCLARATION** DE
: **VAMISSA BAMBA**
PETROCI HOLDING CÔTE D'IVOIRE, alias :
COMPAGNIE PÉTROLIÈRE NATIONALE DE CÔTE D'IVOIRE :
et VAMISSA BAMBA, à titre individuel, :
:
                Défendeur. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Je soussigné, Vamissa Bamba, déclare ce qui suit :

1. Je m'appelle Vamissa Bamba et je suis défendeur dans cette affaire.

2. Je fais cette déclaration sur la base de mes propres connaissances et de l'examen des dossiers relatifs à cette affaire. Dans la mesure où elle n'est pas fondée sur mes connaissances personnelles, les sources de mes informations sont indiquées, et ces informations sont vraies pour autant que je sache et que je sois convaincu de leur véracité.

3. Je soumets respectueusement la présente déclaration à l'appui de ma demande de rejet des plaintes déposées contre moi pour incompétence personnelle et *forum non conveniens*.

### Contexte

4. Je suis citoyen et résident de la Côte d'Ivoire. J'y ai vécu toute ma vie.

5. Je suis employé par Petroci Holding, la compagnie pétrolière nationale de la République de Côte d'Ivoire et je travaille pour la compagnie depuis 1994. J'ai occupé le poste de directeur général du 6 août 2021 au 18 juillet 2023.

6. Bien que mon travail m'oblige à voyager, j'ai toujours résidé de manière permanente en Côte d'Ivoire.

7. Je me suis rendu aux États-Unis une fois, en 2010, à l'occasion d'une réunion d'affaires à Houston. J'ai fait un bref passage à New York pour des vols de correspondance, mais je n'ai pas quitté l'aéroport. Par ailleurs, je ne suis jamais allé à New York et je n'y ai pas d'entreprise ni de propriété (ni nulle part ailleurs aux États-Unis).

8. Les documents remis à Madame Kouame Antoinette au bureau de Petroci ne comportaient pas de traduction française de l'assignation et de la plainte.

9. Les plaintes contre moi dans cette affaire découlent toutes d'une lettre que le plaignant prétend que j'ai écrite en tant que directeur général de Petroci. Le plaignant prétend que la lettre contient de fausses allégations d'irrégularités fiscales et que j'ai " communiqué la fausse allégation d'irrégularité fiscale à Africa Commodities ", et que j'ai " répété ces fausses déclarations sur les irrégularités fiscales au directeur régional de l'administration fiscale et à divers politiciens ivoiriens, y compris le ministre des mines et de l'énergie ". *Deuxième plainte modifiée*, ¶ 106. Les allégations de la plainte sont fausses.

10. Les irrégularités fiscales de l'Etablissement Mir ont été portées à notre connaissance par les autorités fiscales de Côte d'Ivoire et j'en ai naturellement fait état lorsque j'ai été interrogé par le ministre de l'énergie sur les raisons pour lesquelles Petroci avait annulé ses accords avec l'Etablissement Mir.

11. Africa Commodities est l'un des fournisseurs de gaz butane de Petroci et est basé à Abidjan, en Côte d'Ivoire. À ma connaissance, Africa Commodities n'a aucune activité en dehors de la Côte d'Ivoire et aucune à New York ou aux États-Unis. Les hommes politiques ivoiriens, y compris le ministre des mines et de l'énergie mentionné dans la plainte modifiée, sont tous des résidents permanents de la Côte d'Ivoire.

12. Il me serait très difficile de plaider ces plaintes aux États-Unis. Je n'ai aucun lien avec ce pays et le fait de m'y rendre pour défendre l'affaire constituerait pour moi une grave difficulté financière et personnelle.

13. En outre, tous les témoins et preuves nécessaires pour défendre les plaintes déposées contre moi se trouvent en Côte d'Ivoire.

14. Ces réclamations devraient faire l'objet d'un procès en Côte d'Ivoire. Je reconnais la compétence des tribunaux de Côte d'Ivoire et renonce à toute défense liée à la prescription pour toute affaire intentée ici sur la base des réclamations contenues dans la plainte modifiée.

15. Je demande respectueusement à la Cour de faire droit à la requête et de rejeter les plaintes déposées contre moi.

Je déclare, sous peine de parjure en vertu des lois des États-Unis, que ce qui précède est vrai et correct.

Exécuté ce ___14___ jour de septembre 2023 à Abidjan, Côte d'Ivoire.

VAMISSA BAMBA