Téléchargez tous vos codes sur : www.ivoire-juriste.blogspot.com

# LA CONSTITUTION IVOIRIENNE

(Édition 2016)

Téléchargez tous vos codes sur : www.ivoire-juriste.blogspot.com

## TITRE II :

## DE L'ETAT ET DE LA SOUVERAINETE

### ARTICLE 29

L'Etat de Côte d'Ivoire est une République indépendante et souveraine.

L'emblème national est le drapeau tricolore orange, blanc, vert, en bandes verticales et d'égales dimensions.

L'hymne de la République est l'Abidjanaise.

La devise de la République est : Union, Discipline, Travail.

La langue officielle est le français.

La loi fixe les conditions de promotion et de développement des langues nationales.

### ARTICLE 30

La République de Côte d'Ivoire est une et indivisible, laïque, démocratique et sociale.

Elle assure à tous l'égalité devant la loi, sans distinction d'origine, de race, d'ethnie, de sexe et de religion. Elle respecte toutes les croyances.

Son principe est le gouvernement du peuple par le peuple et pour le peuple.

### ARTICLE 31

La souveraineté appartient au peuple.

Aucune section du peuple ni aucun individu ne peut s'en attribuer l'exercice.