


# CODE CIVIL I

## Droit des Personnes et de la Famille

**Droit ivoirien** - Edition 2023

Téléchargez tous vos codes sur : *www.ivoire-juriste.com*

# CODE CIVIL I

Droit des personnes et de la famille

**(Edition 2023)**

## Table des matières

TITRE PREMIER : ........................................................................................................... 6

DE LA JOUISSANCE ET DE LA PRIVATION DES DROITS CIVILS ................................ 6

TITRE II : ......................................................................................................................... 8

ABROGE PAR LA LOI RELATIVE A L'ETAT CIVIL ET LE CODE DE LA
NATIONALITE ................................................................................................................ 8

TITRE III : DU DOMICILE ............................................................................................... 9

TITRE IV : DES ABSENTS ............................................................................................. 12

LE NOM ......................................................................................................................... 21

L'ETAT CIVIL ................................................................................................................ 28

LE MARIAGE ................................................................................................................. 88

LE DIVORCE ET LA SEPARATION DE CORPS ............................................................ 123

LA FILIATION ............................................................................................................. 146

L'ADOPTION ............................................................................................................... 156

LES SUCCESSIONS ..................................................................................................... 170

DES LIBERALITES ....................................................................................................... 212

DISPOSITIONS DIVERSES (Abrogée) ........................................................................ 241

MODALITES TRANSITOIRES A L'ENREGISTREMENT DES NAISSANCES ET DES
MARIAGES NON DECLARES DANS LES DELAIS LEGAUX ....................................... 242

LA MINORITE .............................................................................................................. 252

## LIVRE PREMIER : DES PERSONNES

6

## TITRE PREMIER :

## DE LA JOUISSANCE ET DE LA PRIVATION DES DROITS CIVILS

## CHAPITRE PREMIER :

## DE LA JOUISSANCE DES DROITS CIVILS

### ARTICLE 7

L'exercice des droits civils est indépendant de l'exercice des droits politiques, lesquels s'acquièrent et se conservent conformément aux lois constitutionnelles et électorales.

### ARTICLE 8

Tout Ivoirien jouira des droits civils.

### ARTICLES 9 et 10

Abrogés.

## ARTICLE 11

L'étranger jouira en Côte d'Ivoire, des mêmes droits civils que ceux qui sont ou seront accordés aux Ivoiriens par les traités de la nation à laquelle cet étranger appartiendra.

## ARTICLE 12

Abrogés par la L. du 10.08.27.

## ARTICLE 13

Abrogés par la L. du 10.08.27.

## ARTICLE 14

L'étranger, même résidant en Côte d'Ivoire, pourra être cité devant les tribunaux ivoiriens, pour l'exécution des obligations par lui contractées en Côte d'Ivoire avec un Ivoirien ; il pourra être traduit devant les tribunaux de Côte d'Ivoire, pour les obligations par lui contractées en pays étrangers envers des Ivoiriens.

## ARTICLE 15

Un Ivoirien pourra être traduit devant un tribunal de Côte d'Ivoire, pour des obligations par lui contractées en pays étranger, même avec un étranger.

## ARTICLE 16

En toutes matières, l'étranger qui sera demandeur principal ou intervenant sera tenu de donner caution pour le paiement des frais et dommages-intérêts résultant du procès, à moins qu'il ne possède en Côte d'Ivoire des immeubles d'une valeur suffisante pour assurer ce paiement.