


# CODE DE PROCEDURE CIVILE, COMMERCIALE ET ADMINISTRATIVE

## Droit ivoirien – Edition 2020

# SOMMAIRE

**TITRE PREMIER : DISPOSITIONS GENERALES** .................................................... 3

**TITRE II : INTRODUCTION ET INSTRUCTION DES INSTANCES** ................................... 12

**TITRE III : VOIES DE RECOURS** ........................................................................ 63

**TITRE IV : PROCEDURES D'URGENCES** ............................................................. 92

**TITRE V : ETABLISSEMENT - CONSERVATION ET DELIVRANCE DES ACTES** ...... 100

**TITRE VI : MESURES CONSERVATOIRES ET SAISIES** ....................................... 112

**TITRE VII : VOIES D'EXECUTION** .................................................................... 116

**TITRE VIII : DISPOSITIONS FINALES** ................................................................ 125

**TEXTES MODIFICATIFS** ................................................................................ 128

5°) la signature du destinataire ou son refus de l'apposer avec l'indication des motifs ;

6°) le nom de la personne à laquelle l'acte est remis, s'il ne s'agit pas du destinataire ;

7°) la signature de l'huissier sur l'original et la copie ;

8°) le coût de l'acte avec l'indication des émoluments de l'huissier sur les originaux et la ou les copies ;

9°) l'objet de l'exploit.

## SECTION 2 :

## REMISE DES EXPLOITS

### ARTICLE 247

L'huissier de justice doit, en toute occasion, s'efforcer de délivrer l'exploit, à la personne même qu'il concerne.

Il doit, dans tous les cas, mentionner sur l'exploit ses diligences ainsi que les réponses faites à ses différentes interpellations.

### ARTICLE 248

Lorsque l'huissier de justice trouve au domicile indiqué dans l'exploit, la personne qu'il concerne, il lui en remet une copie.

## ARTICLE 255

Sont assignés :

1°) l'Etat conformément aux dispositions réglementaires en vigueur ;

2°) les établissements publics, les sociétés d'Etat et d'économie mixte en leurs bureaux, en la personne d'un chef de service ;

3°) les communes en la personne ou au domicile du maire, de ses adjoints ou du secrétaire général ;

4°) les sociétés de commerce, jusqu'à leur liquidation définitive, en leur siège social et, s'il n'y en a pas, en la personne ou au domicile de leurs associés ;

5°) les unions de créanciers en la personne ou au domicile de l'un des syndics ;

6°) les personnes morales de droit privé, autres que les sociétés de commerce, en la personne de leur représentant.