IVORIAN CONSTITUTION – ARTICLE 29
ENGLISH TRANSLATION

# THE IVORIAN CONSTITUTION

**(2016 Edition)**

## TITLE II

## STATE AND SOVEREIGNTY

### ARTICLE 29

The State of Cote d'Ivoire is an independent and sovereign Republic.

The national emblem is the orange, white, green tricolor flag, in vertical stripes of equal dimensions.

The anthem of the Republic is Abidjanaise.

The motto of the Republic is: Union, Discipline, Work.

The official language is French.

The law establishes the conditions for the promotion and development of national languages.