<div style="text-align:right; color:red;">CIVIL CODE – SECTION 15<br>ENGLISH TRANSLATION</div>

# CIVIL CODE I

# Individual and Family Rights

TITLE ONE

ENJOYMENT AND DEPRIVATION OF CIVIL RIGHTS

**CHAPTER I:**

**ENJOYMENT OF CIVIL RIGHTS**

## ARTICLE 15

An Ivorian may be brought before a court in Côte d'Ivoire for obligations contracted by him in a foreign country, even with a foreigner.