<div style="text-align:right; color:red;">CODE OF CIVIL PRODCEDURE - ARTICLES 247, 255<br>ENGLISH TRANSLATION</div>

# CODE OF CIVIL, COMMERCIAL, AND ADMINISTRATIVE PROCEDURE

# IVORIAN LAW – 2020 EDITION

CODE OF CIVIL PRODCEDURE - ARTICLES 247, 255
ENGLISH TRANSLATION

## SECTION 2:

## DELIVERY OF WRITS

### ARTICLE 247

The court bailiff must, at all times, endeavor to issue the writ to the person concerned.

He must, in all cases, indicate on the writ his diligence as well as the responses to his different interpellations.

### ARTICLE 255

Are assigned:

1°) the State in accordance with the regulatory provisions in force;

2°) public institutions, state-owned and semi-public companies in their offices, represented by a department head;

3°) the communes represented by or at the home of the mayor, his deputies or the secretary general;

4°) trading companies, until their final liquidation, at their headquarters and, if there are none, represented by or at the home of their partners;

5°) unions of creditors in the person or at the home of one of the trustees;

6°) private legal persons, other than trading companies, represented by their representative.