UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETS MIR LLC,                                    :
                                                :
                          Plaintiff,      :     Case No. 1:22-cv-10228-JPO
                                                :
      -against-                                :     **CERTIFICATION**
                                                :     **OF TRANSLATION**
PETROCI HOLDING COTE D'IVOIRE,                  :
                                                :
                         Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Jenna Reiner, declare as follows:

1.     I am an American citizen and English is my native language. In 2021, I received my master's degree in French Language and Linguistics from the University at Buffalo. I earned my bachelor's in the same discipline in May 2018.

2.     I am currently working as a freelance French to English translator, as well as an online English to French and Haitian Creole translator for Haiti Now. My language proficiencies include English (native), French (fluent), Haitian Creole (Intermediate), and Latin (proficient). I am also knowledgeable in many areas of linguistics including syntax, phonology, semantics.

3.     I hereby certify that the following documents are accurate English translations of the original documents in French:

     a.     The Declaration of Vamissa Bamba is an accurate English translation of the Declaration de Vamissa Bamba signed June 28, 2023;

     b.     Exhibit 4 is an accurate English translation of Article 29 of the Constitution of Côte d'Ivoire (Exhibit 1);

     c.     Exhibit 5 is an accurate English translation of Article 15 of the Civil Code of Côte d'Ivoire (Exhibit 2);

     d.     Exhibit 6 is an accurate English translation of Articles 247 and 255 of the Code of Civil Procedure of Côte d'Ivoire (Exhibit 3).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of July, 2023 in East Amherst, New York.

_____
JENNA REINER