**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ETS MIR LLC,

                 Plaintiff,

    -against-                                        22 **CIVIL** 10228 (JPO)

                                                            **JUDGMENT**

PETROCI HOLDING COTE D' IVOIRE, et al.,

                 Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2024, Petroci's and Bamba's motions to dismiss are GRANTED. All claims are hereby dismissed without prejudice to refiling in New York State court; accordingly, the case is closed.

**Dated:**  New York, New York

        March 20, 2024

                                                                    **RUBY J. KRAJICK**

                                                                    Clerk of Court

                                   **BY:**
                                                                   **Deputy Clerk**